UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUDGE ASPAAS,

    Plaintiff,

v.                                                    Civ. No. 20-1109 KWR/GJF

NEW MEXICO DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendants.

## ORDER TO CURE

**THIS MATTER** is before the Court *sua sponte*. The docket reflects that Plaintiff may need to provide an updated address for Defendant Geo Group, Inc. *See* ECF 16 (stating that mail sent to Defendant Geo was returned as undeliverable).

Accordingly, **IT IS ORDERED** that by **May 23, 2023**, Plaintiff shall confirm or provide an updated address for Defendant Geo Group. Plaintiff is cautioned that the failure to timely comply may result in sanctions, potentially including dismissal of this case.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE